```
                                                            FILED
                                                      IN CLERK'S OFFICE
                                                   U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                       ★    MAY 21 2019    ★
------------------------------------------------------------X
BIDULFO ALVAREZ, on behalf of himself and all other       LONG ISLAND OFFICE
persons similarly situated,

                                                    18-CV-04923 (SJF) (SIL)
                              Plaintiff,

        -against-
                                                    ORDER OF VOLUNTARY
                                                    DISMISSAL WITH
                                                    PREJUDICE
QUEEN MARIE ITALIAN RESTAURANT, INC.,
VINCENT VITIELLO and PASQUINO VITIELLO,

                              Defendants.
------------------------------------------------------------X
```

Upon the joint application of the plaintiff and defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving their Fair Labor Standards Act settlement agreement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

1. The parties' settlement has been negotiated in good faith and at arm's length by the Parties through their respective counsel;

2. The settlement is approved as a fair and reasonable disposition of the Fair Labor Standards Act claims asserted by Plaintiff;

3. Accordingly, this action, and all of the claims asserted herein, is hereby dismissed in in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: ~~Long Island City~~ Central Islip, New York
       May ~~1~~ 21, 2019                     SO ORDERED.

                                              s/ Sandra J. Feuerstein
                                              _____
                                              United States District Judge